UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ADIKA CLEMENDOR,

DAVID MACMILLAN, *and*

FIREARMS POLICY COALITION, INC.

        Plaintiffs,

      v.                                           Civil Action No.: 24-1955

THE DISTRICT OF COLUMBIA,

PAMELA A. SMITH, in her official capacity as
Chief of the Metropolitan Police Department of the District of
*and*

BRIAN L. SCHWALB, in his official capacity as
Attorney General for the District of Columbia,

        Defendants.

---

**FIREARMS POLICY COALITION, INC.'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure plaintiff Firearms Policy Coalition, Inc. ("FPC"), by its attorney David S. Panzer, Esq., states that (a) it does not have any parent corporation and has no stock, thus no publicly held corporation could own 10% or more stock in FPC; and (b) there are no shareholders or individuals in leadership positions whose identities might reasonably bear on the Court's decision whether to recuse.

Dated: Tysons, Virginia
July 3, 2024

FLUET

By: /s/ David S. Panzer
    David S. Panzer, Bar No. 470677
    Nicolas J. Rotsko, Esq.*
*Attorneys for Plaintiffs*
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
dpanzer@fluet.law
nrotsko@fluet.law

*Application to appear *pro hac vice* forthcoming