UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ADIKA CLEMENDOR, *et al.*

                    Plaintiffs,                                    Civil Action No.:

          v.                                                      24-1955

THE DISTRICT OF COLUMBIA, *et al.*

                    Defendants.

---

## <u>NOTICE OF ERRATA</u>

          COMES NOW Plaintiffs, in accordance with LCvR 5.1(c), and hereby file a

corrected Civil Cover Sheet and a sealed notice containing the full addresses of Plaintiffs.


Dated:  Tysons, Virginia                          FLUET
        July 5, 2024
                                                  By: <u>/s/ David S. Panzer</u>
                                                  David S. Panzer, Esq. Bar No. 470677
                                                  Nicolas J. Rotsko, Esq.*
                                                  *Attorneys for Plaintiffs*
                                                  1751 Pinnacle Drive
                                                  Suite 1000
                                                  Tysons, VA 22102
                                                  T: (703) 590-1234
                                                  F: (703) 590-0366
                                                  dpanzer@fluet.law
                                                  nrotsko@fluet.law


*Application to appear *pro hac vice* forthcoming