UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ADIKA CLEMENDOR, *et al.*

                Plaintiffs,　　　　　　　　　　　Civil Action No.:
　　　　　　　　　　　　　　　　　　　　　　　　　24-cv-01955-DLF

      v.

THE DISTRICT OF COLUMBIA, *et al.*

                Defendants.

_____

### MOTION FOR ADMISSION
### PRO HAC VICE OF ATTORNEY NICOLAS J. ROTSKO

      Pursuant to Local Civil Rule 83.2(e), David S. Panzer, a member of the bar of this Court and counsel for Plaintiffs, hereby moves for the admission *pro hac vice* of Nicolas J. Rotsko in the above-captioned case. In support of this Motion, the undersigned states as follows:

      1.    Mr. Rotsko is an attorney with the law firm of Fluet, which has its offices at 1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102.

      2.    As set forth in the attached declaration, Nicolas J. Rotsko is an active member in good standing in the state of New York.

      3.    Mr. Rotsko seeks to be admitted for the purposes of this case only.

      4.    Pursuant to LCvR 83.2(e)(2), Mr. Rotsko's Declaration for *Pro Hac Vice* Admission and a certificate of the court or bar for the state in which the applicant regularly practices, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court are attached to this Motion.

      5.      A Proposed Order is attached.

Movant respectfully requests that this Court enter an order permitting Nicolas J. Rotsko to appear *pro hac vice* in the above-captioned case.

| | |
|---|---|
| Dated: Tysons, Virginia<br>July 12, 2024 | FLUET<br><br>By: /s/ David S. Panzer<br>David S. Panzer, Esq. Bar No. 470677<br>Nicolas J. Rotsko, Esq.*<br>*Attorneys for Plaintiffs*<br>1751 Pinnacle Drive<br>Suite 1000<br>Tysons, VA 22102<br>T: (703) 590-1234<br>F: (703) 590-0366<br>dpanzer@fluet.law<br>nrotsko@fluet.law |

*Application to appear *pro hac vice* forthcoming