UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ADIKA CLEMENDOR, *et al.*

        Plaintiffs,

    v.

THE DISTRICT OF COLUMBIA, *et al.*

        Defendants.

_____

Civil Action No.:
24-cv-01955-DLF

### [Proposed] ORDER

UPON CONSIDERATION of Plaintiff's Motion to for Admission *Pro Hac Vice* of Attorney Nicolas J. Rotkso, it is:

**ORDERED** that attorney Nicolas J. Rotsko is hereby admitted to appear *pro hac vice* in the above-captioned case.

Entered this _____ day of _____, 2024.

_____
District Court Judge