AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Columbia

Adika Clemendor, et al.

*Plaintiff(s)*

v.

The District of Columbia, et al.

*Defendant(s)*

Civil Action No. 24-1955

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The District of Columbia
SERVE: MURIEL BOWSER, Mayor the District of Columbia
1350 Pennsylvania Avenue, NW
Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David S. Panzer, Esq.
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
T: (703) 590-1234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 07/08/2024

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:24-cv-01955-DLF**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The District of Columbia** was received by me on *(date)* **July 10, 2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: **Served by Electronic Mail per Office Order #2020-10 issued by Attorney General Karl A. Racine. Sent documents on July 19, 2024 at 1:31 pm. Received confirmation of receipt by Tonia Robinson, Authorized Recipient on July 22, 2024 at 9:13am** ; or

My fees are $ <u>00.00</u> for travel and $ <u>99.00</u> for services, for a total of $ <u>99.00</u>.

I declare under penalty of perjury that this information is true.

Date: **July 22, 2024**

*Server's signature*

**Charles Proffitt • Private Process Server**

*Printed name and title*

Patriot Process Service
3900 Jermantown Rd • Suite 300
Fairfax, VA 22030
703-385-5300

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 19, 2024, 1:31 pm EDT at 1350 Pennsylvania Avenue NW, Washington, DC 20004 received by Tonia Robinson, Office of General Counsel, Authorized Recipient for MURIEL BOWSER, Mayor the District of Columbia.

**Served by Electronic Mail per Office Order #2020-10 issued by Attorney General Karl A. Racine.**

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



**ATTORNEY GENERAL**
**KARL A. RACINE**

Office Order No. 2020-10

SUBJECT:  Revision to procedures for receipt of service of process on behalf of the Attorney General for the District of Columbia

Pursuant to Reorganization No. 50 of June 26, 1953, as amended, and Office Order No. 2005-28:

The procedures set forth in Office Order 2018-20, designating employees to receive service of process in person on behalf of the Attorney General when service is required to be made on the Attorney General or the District pursuant to Rule 4(j) or the Superior Court Rules of Civil Procedure or pursuant to Mayor's Order, will be temporarily suspended while the Office of the Attorney General engages in telework due to the COVID-19 pandemic.  In-person service of process will not be accepted during this time.

Litigants may continue to serve process by mail, pursuant to applicable court rules.  Alternatively, for the duration of time that the Office of the Attorney General operates on telework status, a litigant may serve process by emailing all required papers to chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov, in lieu of in-person service of process.  For service to be accepted, the required papers must be emailed to all three email addresses.

This office order will take effect immediately and supersedes all previous Orders, including Office Order No. 2018-20 (September 14, 2018), to the extent of any inconsistency.

*Karl A. Racine/by JD*
Karl A. Racine
Attorney General

Dated this 1st day of April, 2020