AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Adika Clemendor, et al.

*Plaintiff(s)*

v.

The District of Columbia, et al.

*Defendant(s)*

Civil Action No. 24-1955

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PAMELA A. SMITH, in her official capacity as
Chief of the Metropolitan Police Department of the District of Columbia
300 Indiana Avenue NW
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David S. Panzer, Esq.
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
T: (703) 590-1234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 07/08/2024

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

Case 1:24-cv-01955-DLF   Document 11   Filed 07/23/24   Page 2 of 2
Case 1:24-cv-01955-DLF   Document 6   Filed 07/08/24   Page 8 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:24-cv-01955-DLF**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PAMELA A. SMITH, in her official capacity as Chief of the Metropolitan Police Department of the District of Columbia** was received by me on *(date)* **July 10, 2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Teresa Quon, General Counsel**, who is designated by law to accept service of process on behalf of *(name of organization)* **PAMELA A. SMITH, in her official capacity as Chief of the Metropolitan Police Department of the District of Columbia** on *(date)* **Monday, July 15, 2024** ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ **00.00** for travel and $ **89.00** for services, for a total of $ **89.00**.

I declare under penalty of perjury that this information is true.

Date: **July 17, 2024**

*Server's signature*

**Paul Koch • Private Process Server**

*Printed name and title*

Patriot Process Service
3900 Jermantown Rd • Suite 300
Fairfax, VA 22030
703-385-5300

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 15, 2024, 1:14 pm EDT at 300 Indiana Avenue NW, Washington, DC 20001 received by Teresa Quon, General Counsel. Age: 40-50; Ethnicity: Medium Complected; Gender: Female; Weight: 175; Height: 5'7"; Hair: Black; Eyes: Brown; Relationship: General Counsel;

**Recipient accepted paperwork personally and stated that they had the authority to do such.**