IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIKA CLEMENDOR, et al., <br><br>                        Plaintiffs, <br> v. <br><br> DISTRICT OF COLUMBIA, et al. <br><br>                        Defendants. | Civil Action No. 1:24-cv-01955-DLF |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, TO CONSOLIDATE WITH THE MERITS, AND FOR SUMMARY JUDGMENT

NOW COME Plaintiffs, Adika Clemendor, David Macmillan, and Firearms Policy Coalition, Inc. by and through their attorneys, and respectfully move to this Court for a preliminary injunction in their favor, pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1 of the Rules of the United States District Court for the District of Columbia.

Pursuant to Federal Rule of Civil Procedure 65(a)(2), Plaintiffs also request that this Court advance trial on the merits with the hearing of this application and enter final judgment and a permanent injunction in Plaintiffs' favor.

In the alternative, Plaintiffs respectfully request that the Court construe this motion as a motion for summary judgment, with an expedited briefing schedule. *See also* FED. R. CIV. P. 56; *Wrenn v. District of Columbia*, 864 F.3d 650, 667 (D.C. Cir. 2017).

Plaintiffs further respectfully request that pursuant to Local Civil Rule 65.1(d), the Court rule on this motion on the papers (including a determination of the alternative relief if necessary), prior to the hearing that would otherwise be held within 21 days of filing this motion. The deprivation of Plaintiffs' constitutional right to keep and bear commonly used arms makes expedited treatment essential.  As explained in the accompanying Clemendor Decl. ¶¶ 2-5, and

1

MacMillan Decl. ¶¶ 3-7, the individual Plaintiffs desire to purchase firearms with banned enhanced safety and ergonomic features, or add such features to existing legally owned firearms. And as explained in the accompanying Memorandum of Points and Authorities, at 23-27, any day where the right to bear arms is deprived is a day where citizens lose the ability to defend themselves. Expedited treatment is therefore essential.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, the exhibits attached thereto, the accompanying statement of material facts, and all other papers filed with this Court by Plaintiffs, Plaintiffs respectfully request that the Court enter an order and judgment:

a. Declaring that the District's ban on common semiautomatic firearms, which it labels "assault weapons," consisting of D.C. Code §§ 7-2501.01(3A)(A); 7-2502.01(a); 7-2502.02(a)(6); 7-2502.09; 7-2507.06(a); 7-2507.06(a); 22-3571.01 ("Semiautomatic Firearms Ban"), and all related regulations, policies, and/or customs designed to enforce or implement the same, violates the Second Amendment rights of Plaintiffs or their members to keep and bear arms, including by preventing them from acquiring and possessing those common semiautomatic firearms;

b. Preliminarily and permanently enjoining each Defendant, and Defendants' respective employees, officers, agents, representatives, and all those acting in concert or participation with them, from enforcing against the Plaintiffs or their members, the challenged regulations making up the District's Semiautomatic Firearms Ban, and all related laws, regulations, policies, and/or customs designed to enforce or implement the same.

Dated: July 26, 2024               Respectfully submitted,

/s/ *David S. Panzer*
David S. Panzer, Bar No. 470677
Nicolas J. Rotsko, (admitted *pro hac vice*)
FLUET
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
(703) 590-1234
(703) 590-0366 (fax)
dpanzer@fluet.law
nrotsko@fluet.law
e-file@fluet.law

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served the document on the following by causing it to be mailed via Federal Express and served via electronic mail:

Muriel Bowser
Mayor of the District of Columbia
1350 Pennsylvania Avenue, NW
Washington, DC 20004
chad.copeland@dc.gov
stephanie.litos@dc.gov
tonia.robinson@dc.gov

Pamela A. Smith
Chief of the Metropolitan Police Department
District of Columbia
300 Indiana Avenue, NW
Washington, DC 20001
pamela.smith1@dc.gov

Brian L. Schwalb
Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001
chad.copeland@dc.gov
stephanie.litos@dc.gov
tonia.robinson@dc.gov

/s/ *David S. Panzer*
David S. Panzer, Esq.

*Attorney for Plaintiffs*