UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIKA CLEMENDOR, DAVID MACMILLAN, and FIREARMS POLICY COALITION, INC.,<br><br>   Plaintiffs,<br> v.<br><br>THE DISTRICT OF COLUMBIA, PAMELA A. SMITH, in her official capacity as Chief of the Metropolitan Police Department of the District of Columbia, and<br>BRIAN L. SCHWALB, in his official capacity as Attorney General for the District of Columbia,<br><br>   Defendants. | Civil Action No.: 1:24-cv-01955 |

**DECLARATION OF ADIKA CLEMENDOR**

I, Adika Clemendor, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of the United States and a resident of the District of Columbia over the age of 21.

2. I am a law-abiding individual and am eligible to possess firearms under all applicable laws. I am licensed to carry a concealed firearm in the District of Columbia. I own firearms registered in the District. I am a member of Plaintiff Firearms Policy Coalition, Inc ("FPC"). I live with my wife-to-be and elderly relatives.

3. I would, if it were not for the laws challenged in this case, purchase an AR-15 style rifle capable of accepting a detachable magazine, with a telescoping stock, pistol grip,

and muzzle device. Specifically, I would purchase a Sig Sauer MCX-Spear, a Daniel Defense DDM4 V7, or a Palmetto State Armory PSA Gen3 PA-10.

4. If it were not for the laws challenged in this case, I would already have purchased and possessed such a firearm and would use it for lawful purposes like home defense and target shooting.

5. I have refrained from acquiring such a firearm because I fear arrest and prosecution for violating the laws at issue in this case, and because the laws have destroyed the legal market for acquiring such firearms.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on July 25, 2024

_____

Adika Clemendor