UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADIKA CLEMENDOR, DAVID MACMILLAN, and FIREARMS POLICY COALITION, INC.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>THE DISTRICT OF COLUMBIA, PAMELA A. SMITH, in her official capacity as Chief of the Metropolitan Police Department of the District of Columbia, and<br>BRIAN L. SCHWALB, in his official capacity as Attorney General for the District of Columbia,<br><br>　　　　Defendants. | Civil Action No.: 1:24-cv-01955 |

**DECLARATION OF DAVID MACMILLAN**

I, David MacMillan, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of the United States and a resident of the District of Columbia over the age of 21.

2. I am a law-abiding individual and am eligible to possess firearms under all applicable laws. I am licensed to carry a concealed pistol in the District of Columbia. I own firearms registered in the District. All my existing firearms are lawfully possessed and registered with the Metropolitan Police Department ("MPD") as required by D.C. Code. I am a member of Plaintiff Firearms Policy Coalition, Inc ("FPC").

3. I would, if it were not for the laws challenged in this case, attach threaded barrels to my handguns, attach a barrel shroud, spare magazine storage, or second handgrip to

my handguns, install an adjustable stock on my hunting rifle, install a semiautomatic bolt carrier on my heavy AR pistol, and modify my AR-15-style rifle to accept detachable magazines. Specifically, I would attach a threaded barrel to my Sig Sauer P320 X-Compact handgun and my legally manufactured subcompact Glock-style handgun of my own design. I would equip my P320 with a barrel shroud containing spare magazine storage and a second handgrip. I would equip my Diamondback Arms DB-15 semiautomatic hunting rifle buttstock with an adjustable, shock-absorbing buttpad. I would install a semiautomatic bolt carrier on my Anderson Manufacturing AM-15 pistol. I would modify my legally manufactured AR-15-style sporting rifle of my own design to accept a detachable magazine.

4. If it were not for the laws challenged in this case, I would already have acquired such items and upgraded my firearms to use them for all lawful purposes, including home defense, hunting, target shooting, and shooting sport competitions.

5. I would, if it were not for the laws challenged in this case, purchase a semiautomatic rifle capable of accepting a detachable magazine, with a thumbhole stock and muzzle device. Specifically, I would purchase an FN PS90.

6. If it were not for the laws challenged in this case, I would already have purchased and possessed this firearm and would use it for all lawful purposes, including home defense, target shooting, and shooting sport competitions.

7. I have refrained from acquiring items, upgrading my firearms and purchasing a semiautomatic rifle because I fear arrest and prosecution for violating the laws at issue in this case, and because the laws have destroyed the legal market for acquiring such firearms.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on July 25, 2024

David MacMillan