UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIKA CLEMENDOR, DAVID MACMILLAN, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br> v. <br><br> THE DISTRICT OF COLUMBIA, PAMELA A. SMITH, in her official capacity as Chief of the Metropolitan Police Department of the District of Columbia, and <br> BRIAN L. SCHWALB, in his official capacity as Attorney General for the District of Columbia, <br><br> Defendants. | Civil Action No.: 1:24-cv-01955 |

**DECLARATION OF BRANDON COMBS**

I, Brandon Combs, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am the President of Firearms Policy Coalition, Inc. ("FPC"). I am over 21 years of age, competent to testify, and have personal knowledge of the matters stated herein.

2. FPC is a 501(c)(4) non-profit membership organization incorporated under the laws of Delaware with its principal place of business in Clark County, Nevada. The purposes of FPC include defending and promoting the People's rights, especially but not limited to the right to keep and bear arms, and protecting, defending, and advancing the means by which individuals may exercise the right to carry, possess, and use firearms.

3. FPC has individual members who are District of Columbia residents and are adversely impacted by the District's Semiautomatic Firearm Ban as defined in D.C. CODE §§ 7-

2501.01(3A)(A); 7-2502.01(a); 7-2502.02(a)(6); 7-2502.09; 7-2507.06(a). These include Adika Clemendor and David MacMillan, the individual Plaintiffs in this case.

4. FPC has filed this lawsuit to vindicate the rights of its members, including Plaintiffs Clemendor and MacMillan.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on July 25, 2024

_____
Brandon Combs
President
Firearms Policy Coalition, Inc.