**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ADIKA CLEMENDOR, et al.,

                Plaintiffs,

v.

DISTRICT OF COLUMBIA, et al.

                Defendants.

Civil Action No. 1:24-cv-01955-DLF

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION OR JUDGMENT ON**
**THE MERITS**

Before the Court is a motion for a preliminary injunction, filed by Plaintiffs, Adika Clemendor, David Macmillan, and Firearms Policy Coalition, Inc.

Upon Consideration of the motion, the briefing in support and opposition to the motion, and all other parts of the record, Plaintiffs' motion is **GRANTED**.

It is therefore **ORDERED AND DECLARED** that:

a.      The District's ban on common semiautomatic firearms, which it labels "assault weapons," consisting of D.C. Code §§ 7-2501.01(3A)(A); 7-2502.01(a); 7-2502.02(a)(6); 7-2502.09; 7-2507.06(a); 7-2507.06(a); 22-3571.01 ("Semiautomatic Firearms Ban") and all related regulations, policies, and/or customs designed to enforce or implement the same, violates the Second Amendment rights of Plaintiffs to keep and bear arms, including by preventing them from acquiring and possessing common semiautomatic firearms;

b.      Defendants, and any employees, officers, agents, representatives, and all those acting in concert or participation with them, are hereby enjoined from enforcing against the Plaintiffs or their members, the challenged regulations making up the District's Semiautomatic

1

Firearms Ban, and all related laws, regulations, policies, and/or customs designed to enforce or implement the same.


Dated:_____                     _____
                                        HONORABLE  DABNEY  L.  FRIEDRICH
                                        United States District Court Judge