UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADIKA CLEMENDOR,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | No. 1:24-cv-01955-DLF |

## NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 40.5, Defendants respectfully notify the Court that this case is related to an earlier filed case, *Yzaguirre v. District of Columbia*, No. 1:24-cv-01828-APM. Under the Rule, "[w]henever an attorney for a party in a civil . . . action becomes aware of the existence of a related case or cases," the attorney must notify the Court. LCvR 40.5(b)(3). Then, "the judge having the later-numbered case may transfer that case to the Calendar and Case Management Committee for reassignment to the judge having the earlier case." LCvR 40.5(c)(2). "Related" cases include civil cases still pending on the merits that "involve common issues of fact" or "grow out of the same event or transaction." LCvR 40.5(a)(3)(ii), (iii).

This case and *Yzaguirre* satisfy that definition of related cases. Challenges to the same law on the same grounds are related. *E.g.*, *Singh v. McConville*, 187 F. Supp. 3d 152, 156 (D.D.C. 2016); *Autumn Journey Hospice, Inc. v. Sebelius*, 753 F. Supp. 2d 135, 140 (D.D.C. 2010). Both this case and *Yzaguirre* challenge the same law (the District of Columbia's ban on assault weapons) on the same grounds (as a violation of the Second Amendment). No other claims are alleged in either. Indeed, the complaints in both cases raise common factual allegations—in fact, they echo one another, at times verbatim—and thus will involve common

factual issues.  *Compare* Compl. [1] ¶¶ 25, 28, 29, 33, 37, *with Yzaguirre* Compl. [1] ¶¶ 58, 66, 70, 79, 88.  Likewise, they grow out of the same event: the District's "enforcement" of its assault weapons ban.  Compl. ¶ 3; *Yzaguirre* Compl. ¶ 4.  The cases, then, are related.  In addition, judicial economy will be served by assigning this case to Judge Mehta because he is already considering a case schedule for *Yzaguirre* and deciding a motion.

Dated: July 28, 2024.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendants*