# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADIKA CLEMENDOR, *et al.*,** | |
| **Plaintiffs,** | |
| **v.** | **No. 1:24-cv-01955-DLF** |
| **DISTRICT OF COLUMBIA, *et al.*,** | |
| **Defendants.** | |

## <u>ORDER</u>

Upon consideration of Defendant's Motion to Stay the Case or, Alternatively, Extend the Time to Respond to Plaintiffs' Motion for a Preliminary Injunction and to Hold Defendants' Responsive Pleading Deadline in Abeyance (Motion), Plaintiffs' Opposition, Defendants' Reply, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that this matter is **STAYED** until the earlier of August 31, 2024, or the D.C. Circuit panel's ruling in *Hanson v. District of Columbia*, No. 23-7061 (D.C. Cir.).  Within three business days of the stay expiring, the Parties shall file a Joint Status Report that proposes a schedule for further proceedings.

**SO ORDERED**.

Date: _____

_____
Hon. Dabney L. Friedrich
United States District Judge