IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADIKA CLEMENDOR, et al.,

                Plaintiffs,

v.

DISTRICT OF COLUMBIA, et al.

                Defendants.

Civil Action No. 1:24-cv-01955-DLF

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF RELATED CASE**

In accordance with this Court's Minute Order, dated July 29, 2024, Plaintiffs submit this response to Defendants' Notice of Related Case (Dkt. No. 14). Plaintiffs' understanding is that per LCvR 40.5(c)(1), Judge Mehta and the Calendar and Case Management Committee (the "Committee") have already determined that this case is not sufficiently related to *Yzaguirre* to justify assignment to Judge Mehta.

Contrary to Defendants' mistaken attempt to apply LCvR 40.5**(c)(2)** here (Dkt. No. 14, at 1), the immediately preceding subdivision of the Rule, LCvR 40.5**(c)(1)** is the applicable provision under these circumstances. This is because LCvR 40.5(c)(1) applies where, as here, "the existence of a related case . . . is noted *at the time* . . . the complaint is filed . . . ." (Emphasis added). By contrast, LCvR 40.5(c)(2) applies only "[w]here [,unlike here,] the existence of related cases . . . is revealed *after* the cases are assigned . . . ." (Emphasis added). Out of an abundance of caution to comply with LCvR 40.5(b)(2), Plaintiffs noticed this case as potentially related to *Yzaguirre* on the Civil Cover Sheet (Dkt. No. 1.1, at 1) filed with the Complaint. Because Plaintiffs noticed the two cases as potentially related at the time the complaint was filed in this case, LCvR 40.5(c)(1) applies.

Under that provision, "the Clerk shall assign the new case to the judge to whom the oldest related case is assigned." LCvR 40.5(c)(1). If that judge "determines that the cases in question are not related, the judge may transfer the new case to the Calendar and Case Management Committee." *Id.* If the Committee "finds that good cause exists for the transfer, it shall cause the case to be reassigned at random." *Id.*

Here, because Plaintiffs noted the related case on the Civil Cover Sheet, but the case was randomly assigned to Your Honor anyway, Judge Mehta presumably determined that the two cases are insufficiently related to justify assigning the case to Judge Mehta, and the Committee presumably agreed (otherwise, the case could not have been randomly assigned).

Dated: July 30, 2024                                     Respectfully submitted,

*/s/ David S. Panzer*
David S. Panzer, Bar No. 470677
Nicolas J. Rotsko, (admitted *pro hac vice*)
FLUET
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
(703) 590-1234
(703) 590-0366 (fax)
dpanzer@fluet.law
nrotsko@fluet.law
e-file@fluet.law

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2024, I electronically served the foregoing on all counsel of record via CM/ECF.

*/s/ David S. Panzer*
David S. Panzer, Esq.

*Attorney for Plaintiffs*
