Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ADIKA CLEMENDOR et al

    Plaintiff

    vs.

DISTRICT OF COLUMBIA et al

    Defendant

Civil No.   24-1955   (APM)

Category  L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  7/30/2024  from  Judge Dabney L. Friedrich

to  Judge Amit P. Mehta  by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:    Judge Dabney L. Friedrich    & Courtroom Deputy
      Judge Amit P. Mehta    & Courtroom Deputy
      Liaison, Calendar and Case Management Committee