UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYLER YZAGUIRRE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | No. 1:24-cv-01828-APM |
| ADIKA CLEMENDOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | No. 1:24-cv-01955-APM |

**CONSENT MOTION TO EXTEND BRIEFING DEADLINES**

Defendants in the above-captioned cases move under Rule 6(b)(1)(A) for an extension of the deadline to file their combined opposition to Plaintiffs' motions for preliminary injunctions from November 4 to November 25. The Parties have conferred, and Plaintiffs in both cases consent to the extension.

In these cases, Plaintiffs seek to enjoin, on Second Amendment grounds, a District law regulating assault weapons. When these cases began, the Court, upon motions from Defendants, stayed these cases pending the D.C. Circuit's decision in *Hanson v. District of Columbia*, No. 23-7061, which is an appeal of a denial of preliminary injunction to enjoin, also on Second Amendment grounds, the District's regulation of large capacity magazines. *Yzaguirre* Order

(Stay Order) [20]; *Clemendor* Aug. 1, 2024, Min. Order.  The Court explained that "[t]he parties and the court will benefit from the decision in *Hanson*, as it will be the first D.C. Circuit ruling post-*Bruen*, 597 U.S. 1 (2022), and post-*Rahimi*, 144 S. Ct. 1889 (2024)."  Stay Order at 1.  The Court further explained that "[i]t is better to have [the Parties'] filings developed once precedent is announced in *Hanson*."  *Id.*  But when no decision in *Hanson* came by August 31, the Court lifted the stay and ordered Defendants to file a combined opposition to Plaintiffs' motions for preliminary injunctions by November 4.  *Clemendor* Sept. 6, 2024, Min. Order.  On October 29, the D.C. Circuit issued its decision in *Hanson*, affirming the district court's denial of a preliminary injunction and announcing precedent on several Second Amendment and equitable issues.  *Hanson v. District of Columbia*, --- F.4th ----, No. 23-7061, 2024 WL 4596783 (D.C. Cir. Oct. 29, 2024) (per curiam).

      Given the release of *Hanson*, Defendants request a three-week extension to incorporate *Hanson* into their opposition.  This Court may extend an existing deadline on a showing of good cause, Fed. R. Civ. P. 6(b)(1)(A), and good cause generally exists where there is a "valid reason for [ ] delay," *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012).  *Hanson* sets the framework for deciding Plaintiffs' motions.  *See* Stay Order at 1.  Yet, *Hanson* is a complex, multi-issue, and lengthy decision.  Defendants cannot revise their brief to comport with *Hanson* in less than a week.  A short, three-week extension will allow counsel to digest *Hanson*, confer with the client and relevant stakeholders, revise the brief in light of *Hanson*, and send the brief through the necessary review process with Office of the Attorney General management and the Office of the Solicitor General.  Plaintiffs will not face prejudice from the extension because they have consented, and Defendants are amenable to an extension of Plaintiffs' deadlines to file reply

briefs. This is Defendants' first request for an extension since a briefing schedule was ordered.

A proposed order is attached.

Date: October 30, 2024.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
MATEYA B. KELLEY [888219451]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 735-7474
adam.tuetken@dc.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYLER YZAGUIRRE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | No. 1:24-cv-01828-APM |
| ADIKA CLEMENDOR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | No. 1:24-cv-01955-APM |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND BRIEFING DEADLINES**

In support of its motion to extend briefing deadlines, Defendants submit the following:

1. Rules 6(b)(1) and 7(b) of the Federal Rules of Civil Procedure;

2. Defendants' showing of good cause, as stated in the motion;

3. Plaintiffs' consent; and

4. The inherent power of the Court.

Date: October 30, 2024.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

2

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
MATEYA B. KELLEY [888219451]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 735-7474
adam.tuetken@dc.gov

*Counsel for Defendants*