UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYLER YZAGUIRRE,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | No. 1:24-cv-01828-APM |
| **ADIKA CLEMENDOR,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | No. 1:24-cv-01955-APM |

### ORDER

Upon consideration of the Consent Motion to Extend Briefing Deadlines (Motion) and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendants' combined opposition to Plaintiffs' motions for preliminary injunctions is due November 25, 2024.

**SO ORDERED**.

Date: _____

_____
Hon. Amit P. Mehta
United States District Judge